AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 641 - Theft of Government Property (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

10 years imprisonment, $250,000 fine, 3 years supervised release and a $100 special assessment fee

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY -8 PM 3:13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

Joyce E. BRAY

DISTRICT COURT NUMBER

CR 07 0280

SI

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): TAMARA WEBER

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No

If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☑ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

164 Monarch Dr., Fortuna, CA 95540

Date/Time:

Before Judge:

Comments:




SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SI

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOYCE E. BRAY,

Defendant.

CR No. 07 0280

VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property (Class C Felony)

SAN FRANCISCO VENUE

# INDICTMENT

The Grand Jury charges:

On or about and between November 1, 1994, and December 1, 2003, in the Northern District of California, the defendant,

JOYCE E. BRAY,

did knowingly embezzle, steal, purloin, and convert to her use money belonging to the United States, to wit: Civil Service Retirement System annuity benefits having a value in excess of one thousand dollars, and did receive, conceal, and retain such money with the intent to convert it to

//

//

her gain, knowing it to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641, a Class C felony.

DATED: May 4, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: Tamara Weber)
TAMARA WEBER
Special Assistant United States Attorney

FOREPERSON