1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

**FILED**

MAY 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0280 SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR SUMMONS |
| JOYCE E. BRAY, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Tamara Weber, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Joyce E. Bray, 164 Monarch Drive, Fortuna, CA 95440, to appear on June 05, at 9:30 a.m. before, the Honorable Susan Illston to answer the Indictment that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 5/17/07

_____
THE HON. NANDOR J. VADAS
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0280