1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
9
10 UNITED STATES OF AMERICA,           )   Case No. CR 07-0280 SI
                                        )
11         Plaintiff,                   )
                                        )
12    v.                                )   **[PROPOSED] ORDER FOR SUMMONS**
                                        )
13 JOYCE E. BRAY,                       )
                                        )
14         Defendant.                   )
   _____)
15
16    Having reviewed the Declaration of Tamara Weber, the Court finds that probable cause exists
17 to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
18 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Joyce E.
19 Bray, 164 Monarch Drive, Fortuna, CA 95440, to appear on June 05, at 9:30 a.m. before, the
20 Honorable Susan Illston to answer the Indictment that has been filed by the United States
21 Attorney.
22
23    IT IS SO ORDERED.
24
   Dated: _____        _____
25                                    THE HON. NANDOR J. VADAS
                                      United States Magistrate Judge
26
27
28

ORDER FOR SUMMONS
Case No. CR 07-0280