SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6838
   Fax: (415) 436-7234
   Email: tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0280 SI |
|    Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| JOYCE E. BRAY, ) | |
|    Defendant. ) | |

   Based on the facts set forth in the Declaration of Tamara Weber in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Joyce E. Bray, 164 Monarch Drive, Fortuna, CA 95440. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Indictment that has been filed by the United States Attorney.

                                                      Respectfully submitted,

                                                      SCOTT N. SCHOOLS
                                                      United States Attorney

Dated: June 28, 2007              /s/ Tamara Weber
                                                      TAMARA WEBER
                                                      Special Assistant United States Attorney