SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6838
    Fax:  (415) 436-7234
    Email: tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0280 SI |
|     Plaintiff, | |
| v. | **DECLARATION OF TAMARA WEBER IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| JOYCE E. BRAY, | |
|     Defendants. | |

I, Tamara Weber, hereby declare as follows:

1. I am a Special Assistant United States Attorney in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by Office of Personnel Management (OPM) and from reports and other documents provided to me by that agency.

2. In December of 2003, OPM sent out the 2004 Federal Employees Health Benefit mailing to its recipients. The mailing was returned to OPM with the message "She died years ago" inscribed on the envelope. The Retirement Inspection Branch obtained a death certificate for Helen Clayton from the State of California Department of Health Services, which confirmed

Clayton died on October 18, 1994 in California.  The informant on the death certificate, Joyce Bray (daughter of Helen Clayton), residence 1606 Cherrywood Drive, Modesto, CA 95350 had the same address that OPM had on record for Helen Clayton.

3. Helen Clayton's annuity payments were directly deposited into checking account number 0250728391, routing number 121000248, at Wells Fargo Bank since August 18, 1986.  The bank records showed a monthly electronic funds transfer (EFT) deposit by the United States Treasury into this account for the benefit entitled to Helen Clayton.

4. On November 1, 2006 Joyce Bray was interviewed at her residence in Fortuna, California by Special Agents Pandis and Ruzylo of OPM.  During the voluntary interview, Bray stated she is the daughter of Helen Clayton.  At the time of Helen Clayton's death, Bray was taking care of her mother's financial affairs.  Bray obtained access to Clayton's account but never became a co-signer, and confirmed she had sole access to Helen Clayton's Wells Fargo Bank account.

5. Bray also stated that OPM continued to deposit funds by EFT into her mother's Wells Fargo Bank account soon after the death of Helen Clayton.  Shortly after the EFT was deposited, Bray would write a check from Helen Clayton's account made to "Cash" and then deposit that check into her own Bank of America account using the Automated Teller Machine (ATM).  Bray also further stated that she forged the signature of Helen Clayton on every check.

6. Based on the above information, there is probable cause to believe Joyce E. Bray unlawfully embezzled, stole, purloined, and knowingly converted to her use or that of another, any record, voucher, money or thing of value of the United States or of any department or agency thereof, in violation of 18 U.S.C. § 641, by receiving and depositing funds from the Civil Service Retirement System on behalf of her deceased mother.

//
//
//
//
//
//

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed June 28, 2007, at San Francisco, California.

DATED: June 28, 2007              Respectfully submitted,

                                  SCOTT N. SCHOOLS
                                  United States Attorney


                                   /s/ Tamara Weber
                                  TAMARA WEBER
                                  Special Assistant United States Attorney

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0280                           -3-