1  SCOTT N. SCHOOLS (SCSBN 9990)
2  United States Attorney

3

4

5

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                    SAN FRANCISCO DIVISION
9
   UNITED STATES OF AMERICA,        )    Case No. CR 07-0280 SI
10                                   )
           Plaintiff,                )
11                                   )
       v.                            )    **[PROPOSED] ORDER FOR SUMMONS**
12                                   )
   JOYCE E. BRAY,                    )
13                                   )
           Defendant.               )
14 _____)

15

16     Having reviewed the Declaration of Tamara Weber, the Court finds that probable cause exists

17 to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.

18 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Joyce E.

19 Bray, 164 Monarch Drive, Fortuna, CA 95440, to appear on July 18, at 9:30 a.m. before, the

20 Honorable James Larson to answer the Indictment that has been filed by the United States

21 Attorney.

22

23     IT IS SO ORDERED.

24

25 Dated: _____        _____
                                          THE HON. BERNARD ZIMMERMAN
26                                        United States Magistrate Judge

27

28

ORDER FOR SUMMONS
Case No. CR 07-0280