1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0280 SI |
| Plaintiff, | ) | |
| v. | ) | ~~[PROPOSED]~~ ORDER FOR SUMMONS |
| JOYCE E. BRAY, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Tamara Weber, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Joyce E. Bray, 164 Monarch Drive, Fortuna, CA 95440, to appear on July 18, at 9:30 a.m. before, the Honorable James Larson to answer the Indictment that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: July 2, 2007

_____
Judge James Larson

ORDER FOR SUMMONS
Case No. CR 07-0280