☒ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 10:23-10:34 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>NANDOR J. VADAS | DATE<br>July 18, 2007 | ☐ NEW CASE | CASE NUMBER<br>CR07-0280 SI | |

FILED 2007 JUL 18 PM 1:28 RICHARD W. WIEKING U.S. DISTRICT COURT NO. DIST. OF CA.

### APPEARANCES

| DEFENDANT<br>Joyce Bray | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Dan Blank | ☒ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Tamara Weber | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED ☒<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL ☒<br>COUNSEL APPOINTED ☒<br>PARTIAL PAYMENT OF CJA<br>FEES ORDERED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND → | AMOUNT OF SECURITY<br>$50,000 PR | AMOUNT RECEIVED<br>$ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                    REAL PROPERTY:
☐ CASH          ☐ CORPORATE SECURITY          ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                    OTHER:

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 9-12-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 11:00 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>SI | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | Counsel to submit order | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☒ STATUS |

### ADDITIONAL PROCEEDINGS

COPIES SENT TO: Gloria, Tracy S.                    DOCUMENT NUMBER: