**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 9/28/07

Case No.   CR-07-0280 SI           Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- JOYCE BRAY (NC)(p)

Attorneys:   T. Weber            D. Blank

Deputy Clerk: Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1) Change of Plea - HELD
2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                                PART

Case continued to **1/4/08 @ 11:00 a.m.**   for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @
 for Pretrial Conference

Case continued to  **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:        Delay ends:**
(              )

ORDERED AFTER HEARING:
The parties filed a written plea agreement in open court.  The defendant plead guilty to a single count indictment.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )