UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _____CR07-280_____ SI

Defendant's Name _____Jayce Bray_____

Defense Counsel _____Blank_____

Due Date _____1/4/08 @ 11:00_____

NOTICE TO DEFENSE COUNSEL

The Court has directed that a   ✓ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE today to make the necessary arrangements.

| For use of Courtroom Deputies | |
|---|---|
| Is defendant in custody? | NO |
| Is defendant English speaking? | yes |
| What is defendant's address? | |

Richard W. Wieking
Clerk

by: _____T. Sutton_____
T. Sutton, Deputy Clerk

cc: U.S. Probation Office