BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant BRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOYCE E. BRAY,<br><br>             Defendant. | No. CR-07-280 SI<br><br>**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Date: January 15, 2008<br>Time: 11:00 a.m.<br>Court: The Honorable Susan Illston |

PLEASE TAKE NOTICE that counsel in the aforementioned matter is hereby SUBSTITUTED as indicated above.  Please substitute counsel Elizabeth M. Falk, Office of the Federal Public Defender, 450 Golden Gate Avenue, San Francisco, California 94107, telephone 415-436-7700, fax 415-436-7706,  as counsel of record in this matter, direct all future filings and orders to Ms. Falk's attention, add Ms. Falk to ECF in the aforementioned case.

Dated:       January 9, 2008

BARRY J. PORTMAN
Federal Public Defender

            /S/

_____
ELIZABETH M. FALK
Assistant Federal Public Defender

Notice of Substitution of Counsel
No. CR-07-280 SI

**1**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Notice of Substitution of Counsel
No. CR-07-280 SI

2