BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-280 SI |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| JOYCE E. BRAY, | Date: January 15, 2008 |
| | Time: 11:00 a.m. |
| Defendant. | Court: The Honorable Susan Illston |

Defendant Joyce Bray hereby respectfully requests the Court to impose the sentence jointly requested by the parties in this matter; three years of probation with six months of home confinement, and $158,941.37 in restitution. It should be noted that the Probation Officer is in accord with the parties' request for a non-custodial sentence.

Ms. Bray concurs with the Guidelines as calculated by the Probation Officer. She has no

\\
\\
\\
\\

Defendant's Sentencing Memorandum
No. CR-07-280 SI

1

objections to the Presentence Report.

Dated:     January 9, 2008

          Respectfully submitted,

          BARRY J. PORTMAN
          Federal Public Defender

              /S/

          _____
          ELIZABETH M. FALK
          Assistant Federal Public Defender