UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 1/15/08

Case No. __CR-07-0280 SI__    Judge: __SUSAN ILLSTON__

Title: __UNITED STATES__ -v- __JOYCE BRAY (NC)(p)__

Attorneys: __A. Sambat sp. For  T. Weber__    __E. Falk__

Deputy Clerk: __Tracy Sutton__  Court Reporter: __J. Gonzalez__

FILED
JAN 16 2008

**PROCEEDINGS**

1) __Sentence - HELD__
2) ____
3) ____

Order to be prepared by: ( )Pltf  ( )Deft  ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                              PART

Case continued to

Case continued to __@ 11:00 a.m.__  for Motions
(Motion due , Opposition  Reply )

Case continued to __@__
_ for Pretrial Conference

Case continued to __@ 8:30 a.m.__ for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:**       **Delay ends:**
(               )

ORDERED AFTER HEARING:
Probation: 3 yrs w/special conditions (see judgment form)
Sp. Ass: $100.00
Restitution: $158,941.37
No fine

(SPEEDY TRIAL DEADLINE AS OF TODAY: )