01/23/2008 03:30 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | JOYCE E. BRAY | DCAN307CR000280 | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 3461014613 | 1 | PR | 100.00 | 01/15/2008 |

Division Payment Total   100.00

Grand Total   100.00

$ 100.00 SPECIAL ASSESSMENT
PAID IN FULL
on 1-15-08

Page 1 of 1